[No. 33326-1-II.   Division Two.   December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST ANDREW SYLVIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00097-3, Vicki L. Hogan, J., entered May 31, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 33397-0-II.   Division Two.   December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID CONLEE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01972-7, Sally F. Olsen, J., entered June 17, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33595-6-II.   Division Two.   December 12, 2006.]

M. FREIDA FENN, *Respondent*, v. JOHN B. LOCKWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 03-2-00083-2, Leonard W. Costello, J., entered July 6, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 33722-3-II.   Division Two.   December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKIE R. RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03219-1, John A. McCarthy, J., entered August 26, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.